UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X

CARBAMERICAS, INC.,

Plaintiff,

-against-

MSC MEDITERRANEAN SHIPPING COMPANY S.A.,

Defendant.

---------------------------------------------------------- X

26-CV-3576 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

It has been reported to the Court that the parties in this case have reached a settlement agreement. Accordingly, it is hereby:

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within forty-five (45) days.

SO ORDERED.

Dated: July 23, 2026
New York, New York

Vernon S. Broderick
United States District Judge