USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/23/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

**CARBAMERICAS, INC.,**

**Plaintiff,**

**-against-**

**MSC MEDITERRANEAN SHIPPING COMPANY S.A.,**

**Defendant.**

-----------------------------------------------------------X

**26-CV-03576 (VSB)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

The parties filed a Notice of Settlement on July 22, 2026. ECF No. 11. In light of this development, the Initial Pretrial Conference scheduled for Wednesday, July 29, 2026, is ADJOURNED without date.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: July 23, 2026
New York, New York